%LAO 247 (02/08) Order Regarding Motion for Sentence Reduction

FILED
2008 MAR -4  AM 10: 53
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) |
| --- | --- |
| v. | ) |
| Roderick L. Williams | ) Case No: 1:01CR405 |
|  | ) USM No: 53764-060 |
| Date of Previous Judgment: December 11, 2001 | ) FPD NDO |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __108__ months is reduced to __87__.

**1. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __29__          Amended Offense Level: __27__
Criminal History Category: __III__      Criminal History Category: __III__
Previous Guideline Range: __108__ to __135__ months   Amended Guideline Range: __87__ to __108__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

If this sentence exceeds the amount of time the defendant has already served, the sentence is reduced to a 'Time Served' sentence.

Except as provided above, all provisions of the judgment dated __12-11-01__ shall remain in effect.
IT IS SO ORDERED.
Order Date: __3-4-2008__

_____
Judge's signature

Solomon Oliver Jr - U.S. District Judge
Printed name and title

Effective Date: _____
(if different from order date)

X

87 108 X

87
III
108 87

29
III
135 108

X

12-11-01

3-4-2008

Solomon Oliver Jr - U.S. District Judge